IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| FAROOQ SAKHE, | : |
|             Plaintiff, | : |
| | :   Case No._____ |
| -against- | : |
| | : |
| | : |
| NORTH PARK REALTY MANAGEMENT: | |
| LLC, MICHAEL KHAKSHOOR and | : |
| MEHRAN KOHANSIEH a/k/a MIKE | : |
| KOHANSJEH or MIKE KOHEN | : |
|             Defendants. | : |

_____

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. Section 1452, Debtor Ahmed Farooq Sakhe, the debtor in a bankruptcy case filed in the District of New Jersey under 11 U.S. Code Chapter 7 as, *In re: AHMED FAROOQ SAKHE*, Case No. 15-32238 (VFP), hereby removes the state court case captioned as, "Supreme Court of the State of New York, County of New York, *Farooq Sakhe, Plaintiff, against North Park Realty Management, LLC, Michael Khakshoor and Mehran Kohansieh a/k/a Mike Kohansjeh or Mike Kohen,* Index No. 653545/2011" to this Court.

Debtor shall further seek a change of venue to the District of New Jersey for reference to the Bankruptcy Court for the District of New Jersey. The proceedings are core proceedings under 11 USC Chapter 7 and concern federal question jurisdiction. The debtor, through the trustee in bankruptcy, seeks money owed to the debtor as assets of the estate. Accordingly, the debtor consents to entry of final orders or judgment by a bankruptcy judge.

The entire state court docket consists of 276 entries. True copies of the original Summons and Verified Complaint filed December 21,/2011 (Exhibit 1), the Verified Answer and Crossclaims of Defendants Khakshoor, dated January 26, 2012 (Exhibit 2), the Verified Answer

1

to the Complaint and to the Crossclaims of Defendant Kohansieh, dated August 21, 2013 (Exhibit 3), and the list of docket entries (Exhibits 4 and 5) are annexed hereto.  A copy of all filings in the state court shall be produced if required by this court.

    Notice shall be served on all parties and the state court in the appropriate manner.

    Respectfully admitted,

Dated: February 23, 2016
       New York, New York

s/<u>Stanley N. Futterman</u>
Local counsel for Plaintiff
153 E. 87th Street, 7th Floor
New York, New York 10128
Tel: 646.682.7041
stanfutterman@nyc.rr.com

Gary D. Bressler
McElroy, Deutsch, Mulvaney,
& Carpenter, LLP
300 Delaware Avenue Suite 770
Wilmington,      Delaware      19801
Ph. 302-300-4508
Fax. 302-654-4031
gbressler@mdmc-law.com

Richard J. Gerace
Pa. Attorney Id. No. 92176
*Admitted pro hac vice*
*in state court action*
Gerace Law Office
1515 Market St. Suite 1200
Philadelphia, PA 19102
Ph. (215) 854-6345
Fax. (484) 472-8749
rgerace14@comcast.net

<u>Copy of Notice of Removal to Counsel for Defendants</u>:

Christopher Thompson, Esquire
Law Offices of Christopher Thompson
33 Davison Lane East
West Islip, NY 11795

ctalawman@aol.com
Counsel for Defendant Michael Khakshoor

Raymond Radow, Esquire
Radow Law Group
299 Broadway Suite 803
New York, NY 10007
info@radowlawgroup.com
Counsel for Defendant Michael Kohansieh